IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, SHEET METAL WORKERS LOCAL 19, | : : : : : | No. 24-cv-1696-JMY |
| vs. | : : | |
| GENERAL AIRE SYSTEMS. | : | |

## **ORDER**

**AND NOW**, this 11th day of March, 2025, upon consideration of the Motion to Dismiss filed by General Aire Systems (ECF No. 15), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order, it is hereby **ORDERED** that said motion is **DENIED**.

**BY THE COURT**:

　/s/ Judge John Milton Younge
Judge John Milton Younge